# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

TAMMY ACKLES, :

    Plaintiff, :

                                  Case No. 3:14cv00249

vs. :

                                  District Judge Walter H. Rice

NANCY A. BERRYHILL, : Magistrate Judge Sharon L. Ovington
Commissioner of the Social
Security Administration, :

    Defendant. :

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #25), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on May 5, 2017 (Doc. #25) is ADOPTED in full;

2. Counsel's Motion For Allowance Of Attorney Fees (Doc. #16) is GRANTED, and Plaintiff's counsel is awarded $17,025.00 in attorney fees pursuant to 42 U.S.C. § 406(b);

3. Plaintiff's counsel is directed to remit to Plaintiff the total amount of attorney fees, $4,000.00, counsel has received under the Equal Access

to Justice Act, 28 U.S.C. § 2412(d); and

4. The case remains terminated on the Court's docket.

_____
Walter H. Rice
United States District Judge